IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RESONANCE INNOVATIONS LLC,** | ) | |
| | ) | |
| **Plaintiff/** | ) | **8:08CV454** |
| **Counter-Defendant,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **ADCO CIRCUITS, INC.,** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counter-Claimant/** | ) | |
| **Third Party Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RANDALL JONES,** | ) | |
| | ) | |
| **Third Party Defendant.** | ) | |

This matter is before the Court on the parties' Joint Motion to Extend Deadlines (Filing No. 52). Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Motion to Extend Deadlines (Filing No. 52) is granted as set forth below.

2. The deadline for Plaintiff, Counter-Claimant, and Cross-Claimant to disclose expert witnesses **is on or before October 2, 2009**.

3. The deadline for Defendant, Counter-Defendant, and Cross-Defendant to disclose expert witnesses **is on or before October 30, 2009**.

4. The deadline for rebuttal expert witness disclosure **is on or before November 25, 2009**.

5. Motions for Summary Judgment are due **on or before December 18, 2009**.

6. The deadline for Motions *in limine* challenging the admissibility of expert trial under Fed. R. Evid. 702, **See,** *Kumho Tire Co., Ltd. v. Carmichael,* 526 U.S. 137 (1999); *Daubert v. Merrell-Dow Pharms.*, 509 U.S. 579 (1993) is **on or before December 18, 2009**.

DATED this 17th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge