### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RESONANCE INNOVATIONS LLC, | Case No. 8:08-cv-454 |
| Plaintiff/Counter-Defendant, | |
| v. | |
| ADCO CIRCUITS, INC. | ORDER GRANTING<br>JOINT STIPULATION FOR<br>DISMISSAL WITH PREJUDICE |
| Defendant/Counter-Claimant/<br>Third Party Plaintiff, | |
| v. | |
| RANDALL JONES, | |
| Third Party Defendant. | |

Presently before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (ECF 68). Being fully advised in the premises, the Court finds that the Stipulated Motion should be and hereby is GRANTED. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

**Dated this 29th day of December, 2009.**

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge